IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARLON HEASTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01377** |
| **v.** | ) | |
| | ) | **Chief Judge Campbell** |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) | **Magistrate Judge Hill** |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT CASE RESOLUTION STATUS REPORT</u>**

Pursuant to Section F. of the Initial Case Management Order (Doc. No. 20), the parties submit this report confirming their first substantive discussions about case resolution. The Parties have exchanged initial discovery.

The Parties have discussed Metro's offer to resolve this case without further investment of resources. Plaintiff declined the offer but will reassess after exchange of additional discovery. The Parties will continue to collaborate and discuss the possibility of settlement as discovery progresses. They will confer about selecting a mediator in advance of the April 2, 2027 deadline.

Respectfully submitted,

*<u>/s/ Benjamin A. Puckett</u>*
Benjamin A. Puckett (#40042)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
benjamin.puckett@nashville.gov
*Counsel for Metro Nashville*

*/s/ G. Brandon Hall*
G. Brandon Hall, BPR No. 034027
The Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com
*Counsel for Plaintiff*