**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARLON HEASTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01377** |
| **v.** | ) | |
| | ) | **Chief Judge Campbell** |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) | **Magistrate Judge Hill** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

J. Brooks Fox hereby gives notice of his withdrawal as counsel for Defendant Metro Nashville. Mr. Fox is retiring from the Metropolitan Department of Law and will no longer be a practicing attorney after October 8, 2026. The previous appearance by Benjamin A. Puckett remains unchanged. Because Defendant will still be represented by counsel from the Metropolitan Department of Law, Local Rule 83.01(g) requires only a Notice of Withdrawal from Mr. Fox.

Respectfully submitted,

*/s/ J. Brooks Fox*

J. Brooks Fox (#16096)
Benjamin A. Puckett (#40042)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
brook.fox@nashville.gov
benjamin.puckett@nashville.gov
*Counsel for Metro Nashville*